UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR619-009 |
| | ) | |
| MIGUEL DE JESUS ENRIQUEZ | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Troy W. Marsh, Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Troy W. Marsh, Jr.** be granted leave of absence for the following periods: **February 11, 2020 through February 14, 2020.**

SO ORDERED, this the 9th day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA