IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *     CR 619-009 |
| MIGUEL DEJESUS ENRIQUEZ | * |

O R D E R

The Judgment and Commitment Order in this criminal matter expressly states that the federal term of imprisonment shall be served "consecutively to any sentence which may be imposed on the pending unrelated state case in Florida, and ***consecutively*** to the defendant's state parole revocation." (Doc. 77, at 2 (emphasis added).) At present, Defendant Enriquez is seeking to amend the Judgment and Commitment Order so that the sentence on his state parole revocation will run concurrent with his federal sentence. (Doc. 82, Letter of Jan. 18, 2024.) The Court, however, does not have the authority to modify a sentence once it has been imposed with three exceptions, none of which apply here. See 18 U.S.C. § 3582(c)(2). The relief requested by Defendant - that is, the conversion of a consecutive sentence to a concurrent one - is a sentence modification. Accordingly, the Court is without authority to even consider Defendant's motion; the motion (doc. 82) must be **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA